Oak Park National Bank, a National Banking Association, Plaintiff-Appellee, v. William J. Kiley, Defendant-Appellant.

Gen. No. 51,511. ■

First District, Fourth Division.

December 8, 1966.

Robert E. Cleveland, of Chicago, for appellant; Leonard M. Cohen and Melvin Cohen, of Chicago, for appellee. Opinion by JUSTICE McCORMICK. Not to be published in full.